In the Matter of the Application of HAROLD R. CLARKE, an Infant, et al., for Leave to Sell Said Infant's Real Estate.

MARY J. NAUGHTON, as Special Guardian, Appellant; MARTIN DICKEMAN, Respondent.

*Matter of Clarke*, 131 App. Div. 688, affirmed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1909, which reversed an order of Special Term directing the respondent herein to complete his purchase in a proceeding for the sale of an infant's interest in real property.

*Francis J. Kuerzi* for appellant.

*William B. Aitken* and *David B. Simpson* for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

ALFRED E. SMITH, Appellant, *v.* BENJAMIN E. SMYTHE, as Street Commissioner of the Village of Bronxville, Respondent.

*Smith* v. *Smythe*, 132 App. Div. ——, appeal dismissed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1909, which reversed an order of Special Term granting a motion for a temporary injunction.

*Alfred E. Smith*, appellant, in person.

*William Lloyd Kitchel* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.